**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 120 WAL 2018
:
Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
MICHELLE CRAGLE, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.